**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XING CHEN,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, ET AL.,<br>Respondents. | Case No. 5:26-cv-03806-AJR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE